# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| WANDA J. ROTH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 12-2128 |
| ) | |
| FIFTH THIRD BANK, et al, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

On May 9, 2012, pro se Plaintiff Wanda J. Roth filed a Complaint (#1) against Defendants. Plaintiff did not pay the required $350 filing fee or file an application to proceed in forma pauperis. This Court entered an order on May 10, 2012, directing the Plaintiff to either pay the filing fee or submit an application to proceed in forma pauperis and supplied her with the necessary form. The Court established a deadline of May 31, 2012, for Plaintiff to comply. To date, the Plaintiff has not paid the filing fee or filed her application to proceed in forma pauperis.

Therefore, it is this Court's recommendation, pursuant to my authority under 28 U.S.C. § 636(b)(1)(B), that Plaintiff's Complaint be dismissed without prejudice and the case be terminated.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within 14 days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 14th day of June, 2012.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE