E-FILED
Monday, 30 July, 2012 02:53:17 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| WANDA J. ROTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-2128 |
| ) | |
| FIFTH THIRD BANK, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 14, 2012, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#2) in this case. Judge Bernthal recommended that Plaintiff's Complaint (#1) be dismissed without prejudice and the case be terminated. Plaintiff did not file an objection to Judge Bernthal's Recommendation within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1), therefore Plaintiff has waived any objection to this dismissal on appeal. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). This court has carefully reviewed Judge Bernthal's Report and Recommendation (#2). Following this careful and thorough review, this court agrees with and accepts Judge Bernthal's Report and Recommendation (#2).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#2) is accepted by this court.

(2) Plaintiff's Complaint (#1) is DISMISSED without prejudice.

(3) This case is terminated.

ENTERED this 30th day of July, 2012

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE